

IN THE

TENTH COURT OF APPEALS

_____

No. 10-08-00367-CV

IN THE INTEREST OF T.L.K. AND S.T.K., CHILDREN

_____

From the 272nd District Court
Brazos County, Texas
Trial Court No. 06-000474-CVD-272

MEMORANDUM OPINION

The Clerk of this Court notified the appellant that her notice of appeal does not contain proof of service and that the appeal may be dismissed if she did not provide a proper proof of service within fourteen days. No response has been received. Accordingly, the appeal is dismissed. *See* TEX. R. APP. P. 42.3; *Reiners v. Reiners*, No. 10-04-00359-CV, 2008 Tex. App. LEXIS 411, at *1 (Tex. App.—Waco Jan. 19, 2005, no pet.) (mem. op.).

FELIPE REYNA
Justice

Before Chief Justice Gray,
        Justice Vance, and
        Justice Reyna
Appeal dismissed
Opinion delivered and filed November 26, 2008
[CV06]